[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Nov. 25, 2009
THOMAS K. KAHN
CLERK

No. 08-12304
Non-Argument Calendar

_____

D. C. Docket No. 95-00017-CR-WLS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUSSELL GLENN MALONE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

(November 25, 2009)

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Demetria Nicole Williams, appointed counsel for Russell Glenn Malone in

this appeal from the district court's denial of Malone's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Malone's § 3582(c)(2) motion is **AFFIRMED**.